Joseph GULLA, applt., v. Louisa BARTON, sole surviving partner, etc., respt. (Supreme Court, (Appellate Division, Third Department.

June 30, 1916.) Judgment and order unanimously affirmed, with costs. See, also, 164 App. Div. 293, 149 N. Y. Supp. 952.